UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. BROWN (#128161)

VERSUS

TODD BARREVE, ET AL.

CIVIL ACTION

NO. 11-181-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 17, 2011 (doc. no. 41) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for summary judgment is DENIED, the defendants are granted summary judgment and this case is DISMISSED.

Baton Rouge, Louisiana, January 6, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA